UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ODAINE JACKSON,

                    Plaintiff,

-v-

HUDSON'S BAY COMPANY ET AL.,

                    Defendants.

20-CV-1285 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: August 14, 2020
      New York, New York

                                                        _____
                                                            J. PAUL OETKEN
                                                        United States District Judge